# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                          Crim. No. 5:15-CR-208-1F

QUAN LIU

On February 26, 2015, the above named was placed on probation for a period of 24 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,              I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                 /s/ Julie Wise Rosa  
Jeffrey L. Keller                     Julie Wise Rosa  
Supervising U.S. Probation Officer       Sr. U.S. Probation Officer  
                                                  310 New Bern Avenue, Room 610  
                                                  Raleigh, NC 27601-1441  
                                                  Phone: 919-861-8675  
                                                  Executed On: October 26, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____31_____ day of _____October_____, 2016.

                                                      James C. Fox  
                                                      Sr. U.S. District Judge